DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**1 MAY 2003**

| No. 062P03<br><br>Case below:<br><br>155 N.C. App. 77 | Allen v. N.C. Dep't of Health & Human Servs. | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA01-1129) | Denied |
|---|---|---|---|
| No. 158P03<br><br>Case below:<br><br>155 N.C. App. 641 | Beneficial Mortgage Co. of N.C. v. Hamidpour | 1. Plaintiff-Appellant's PDR Under N.C.G.S. § 7A-31(c) (COA02-269)<br><br>2. Defendant-Appellee Craig's Conditional PDR as to Additional Issues | 1. Denied<br><br>2. Dismissed as Moot |
| No. 598P02<br><br>Case below:<br><br>153 N.C. App. 25 | Boyce & Isley v. Cooper | 1. Defs' Motion for Temporary Stay (COA01-880)<br><br><br><br>2. Defs' Petition for Writ of Supersedeas<br><br>3. Defs' NOA Based Upon a Constitutional Question<br><br>4. Defs' PDR of Additional Issues<br><br>5. Defs' Alternative PDR of Constitutional Issues | 1. Allowed Pending Determination of Defs' PDR **11/27/02** Stay dissolved **05/01/03**<br><br>2. Denied<br><br>3. Dismissed *ex mero motu*<br><br>4. Denied<br><br>5. Denied **Lake, C.J., Parker, J. and Orr, J., recused** |
| No. 163P03<br>Case below:<br><br>156 N.C. App. 218 | Bragg v. Ameristeel | Def's PDR Under N.C.G.S. § 7A-31 (COA02-457) | Denied |
| No. 461P02<br><br>Case below:<br>152 N.C. App. 200 | Creel v. N.C. Dep't of Health & Human Servs. | Plt's PDR Under N.C.G.S. § 7A-31 (COA01-1058) | Denied |
| No. 546A02<br>Case below:<br><br>153 N.C. App. 1 | Farber v. N.C. Psychology Bd. | Plt's Motion to Withdraw Appeal | Allowed **03/31/03** |
| No. 135P03<br>Case below:<br><br>156 N.C. App. 29 | Floyd v. McGill | 1. Def's (Stephanie L. McGill) PDR Under N.C.G.S. § 7A-31 (COA02-372)<br><br>2. Defs' (Transit Management and City of Charlotte) PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Denied |